FILED

NOV 1 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
   ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-6392          Fax: (510) 238-6500
   X02719/356703
5
   Attorneys for Defendants
6  CITY OF OAKLAND, et al.

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | JIMMY RIDER, individually,            | Case No. C-05-03204-MHP
12 |            Plaintiff,                 | [PROPOSED] ORDER TO CONTINUE
13 |     vs.                               | CASE MANAGEMENT CONFERENCE
14 | CITY OF OAKLAND, a public entity,     |
   | RICHARD WORD, former Chief of Police, in
15 | his individual and official capacities,
   | OFFICER B. ESTRADA, OFFICER
16 | BERGERON, and DOES 1 through 10,
   | Jointly and Severally,
17 |
   |            Defendants.
18

19     IT IS HEREBY ORDERED that the Case Management Conference in this

20 matter, currently set for Monday, November 21, 2005 at 4:00 p.m., is continued to

21 Monday, January 9, 2006 at 4:00 p.m. in United States District Court, Courtroom 15, 18th

22 ///

23 ///

24 ///

25 ///

26 ///

Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Conference Statement and serve Initial Disclosures or state objection in Rule 26(f) report no later than January 2, 2006.

DATED: 11/15/05

_____
UNITED STATES DISTRICT JUDGE