1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
   ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 637-0360          Fax:  (510) 238-6500
   X02484/376719
5
   Attorneys for Defendants
6  CITY OF OAKLAND, et al.

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  JAMES TAYLOR, individually; ROBERT FORBES, individually; | Case No.  C-04-4843-MHP |
| 12  | C-05-3110 MHP |
|     Plaintiffs, | C-05-3204-MHP |
| 13  vs. | **[PROPOSED]** ORDER CONTINUING STATUS CONFERENCE |
| 14  | |
| 15  CITY OF OAKLAND, a municipal corporation, et al., | |
| 16     Defendants. | |

17  AND RELATED ACTIONS
    _____
18
           IT IS HEREBY ORDERED that the Status Conference in the above related
19
    matters, currently set for Monday, July 10, 2006 at 3:00 p.m., is continued to Monday, July
20
    31, 2006 at 3:00 p.m. in United States District Court, Courtroom 15, 18th Floor, Federal
21
    Building, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file an
22
    updated Joint Status Conference Statement by July 26, 2006.
23
    DATED: July 5, 2006_____
24

25                                    _____
                                      UNITED STATES DISTRICT [JUDGE]
26

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*